IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE THE MATTER OF: | ) |
| | ) CHAPTER 13 |
| ROY LEE WESTRY | ) |
| | ) CASE NO. 05-13240 |
|     Debtor | ) |

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

### OBJECTION TO CLAIM NO. 7 OF CAPITAL ONE/TSYS DEBT MANAGEMENT

COME NOW the Debtor, by and through attorney, and hereby files an Objection to the claim of CAPITAL ONE/TSYS DEBT MANAGEMENT (Claim Number 7 and as grounds for said Objection will state as follows:

1. On, to wit, the 7th day of June 2005, the Debtor filed a Chapter 13 petition. The bar date established was October 9th, 2005.

2. Capital One/tsys Debt Management filed a claim on the 12th of October, 2005 totaling $585.89.

WHEREFORE, the premises considered, the Debtor objects to the claim of CAPITAL ONE/TSYS DEBT MANAGEMENT as stated above and files this objection to prevent any disbursement's on this claim.

DONE this   21st   day of October, 2005.

                              VONDA S MCLEOD
                              RICHARD D. SHINBAUM (SHI007)
                              VONDA S. MCLEOD (MCL032)
                              Attorney for the Debtor

Of Counsel:

SHINBAUM, ABELL, MCLEOD & VANN
P.O. Box 201
Montgomery, AL 36101
(334) 269-4440
(fax) 263-4096

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing Objection on all parties listed below by mailing a copy of the same to them on this the ___21st___ day of October, 2005.

Hon. J.C. McAleer, III
Trustee in Chapter 13
P.O. Box 1884
Mobile, AL 36633

U.S. Bankruptcy Administrator
P.O. Box 3083
Mobile, AL 36652-3083

Capital One/TSYS Debt Management
P O Box 5155
Norcross, GA 30091

                Vonda S McLeod
                Richard D. Shinbaum
                Vonda S. McLeod